UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT DONNELLAN,

          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

25-CV-2405 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

On September 11, 2025, Plaintiff filed a motion for judgement on the pleadings (ECF 15). The Government's opposition shall be filed by **January 13, 2026.** Plaintiff's reply brief shall be filed by **February 3, 2026.**

DATED:  November 19, 2025
          New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge