UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vincent Donnellan,<br><br>                Plaintiff,<br><br>    -against-<br>Commissioner of Social Security,<br><br>              Defendant. | 25cv02405 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Judge Robyn F. Tarnofsky will hold an oral argument in this action on **Wednesday,**

**March 4, 2026** at **10:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:  January 21, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge