UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT DONNELLAN,

               Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

25-CV-2405 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for judgment on the pleadings. (ECF 15.) Oral argument is scheduled for March 4, 2026 at 10:00AM. (ECF 20.) At oral argument, the parties should be prepared to address the following questions:

1. In light of the ALJ's conclusion that the only medical source opinion containing an RFC analysis was unpersuasive, did the ALJ err in failing to have the record supplemented on the issue of the length of time Plaintiff could sit/stand/walk on a daily basis? What medical evidence is there to support a conclusion that Plaintiff could sit/stand/walk for up to six hours per day?

2. In light of Plaintiff's testimony that he is bedridden for about 3 days every three to four months, which the ALJ appears to have not credited, did the ALJ err in failing to have the record supplemented on the issue of how often Plaintiff's back condition led to unscheduled periods of time when he was bedridden? And did the ALJ err in failing to consider the effect of Plaintiff's need for days off on the availability of suitable jobs in the national economy?

Dated:  February 24, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge