UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

Vincent Donnellan                     :        Civil No. 1:25-cv-02405-RFT

                                      :

        Plaintiff,                    :        Motion for Attorney's Fees
                                      :        Pursuant to the Equal Access to Justice Act
        v.                            :        28 U.S.C. §2412
                                      :The Government shall file a letter setting out its
                                      :response by **June 11, 2026.**

Commissioner of Social Security,      :
                                      Dated: May 28, 2026        **SO ORDERED**
                                      :        New York, NY
        Defendant.                    :                          *Romiam*

----------------------------------------------------------x        **ROBYN F. TARNOFSKY**
**COUNSEL:**                                                       **UNITED STATES MAGISTRATE JUDGE**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Daniel Berger, attorney for the plaintiff, and the other papers, the plaintiff makes a motion before this Court, for an order:

1. Awarding attorney's fees plus costs in the sum of $7,438.80 pursuant to the Equal Access to Justice Act; and
2. Granting such other and further relief as may be deemed just and proper.

Plaintiff, by and through his attorney, Daniel Berger, hereby moves the court to award attorney's fees to be paid by the defendant pursuant to the Equal Access to Justice Act, 28, USC §2412. Plaintiff asks for an award of attorney's fees in the amount of $7,438.80 to be paid to plaintiff's attorney calculated at the rate of $258.00 per hour for 28.6 hours of work performed, and $100.00 per hour for 0.6 hours of work performed by paralegal on this case in Federal Court.

Plaintiff is entitled to receive attorney's fees pursuant to the Equal Access to Justice Act because he is the prevailing party in this action, is an individual whose net worth did not exceed two million dollars at the time the action was filed as is demonstrated by plaintiff's attached signed affidavit, IFP application, and the position of the United States in this litigation and at the agency was not substantially justified. Although the burden of proof on the issue of substantial justification is on the government, plaintiff's supporting memorandum briefly addresses this issue.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by the affidavit of plaintiff and the affidavit of plaintiff's attorney, memorandum, federal court retainer signed by plaintiff, and plaintiff's signed IFP application.

Dated at Bronx, NY this May 27, 2026

Respectfully submitted,

*Daniel Berger*